In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00569-CV

_____


IN THE ESTATE OF DONNA FELLS

_____

On Appeal from the County Court No. 1
Jefferson County, Texas
Trial Cause No. 86109

_____

ORDER

After submission of the appeal, it came to the attention of the Court that the judgment may not have finally adjudicated all claims between the parties. The parties agreed that the case should be returned to the trial court so that the trial court may clarify the judgment.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for further proceedings. All appellate timetables are suspended while the trial court retains jurisdiction over the case. A supplemental record shall be filed with the Court of Appeals by September 3, 2013. The appeal

1

will be reinstated without further order of this Court when the supplemental clerk's record is filed.

ORDER ENTERED August 1, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.